PHILLIP A. TALBERT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL EDWARD BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:17-cv-00896-DB<br><br>**STIPULATION RE AMENDING COMPLAINT AND WITHDRAWING MOTION TO DISMISS AND ORDER** |

Stipulation
2:17-cv-00896-DB

1. IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, as follows:

Defendant grants leave to Plaintiff to file an Amended Complaint to appeal only the Commissioner's denial of Plaintiff's application for disability insurance benefits under Title II of the Social Security Act.

Defendant shall withdraw her Motion to Dismiss (ECF no. 8) after Plaintiff files the Amended Complaint.

Pursuant to paragraph 2 of this Court's Scheduling Order (ECF no. 3), Defendant shall file the administrative record and respond to the Amended Complaint within 90 days from the date of service of the Amended Complaint. All other deadlines in the Scheduling Order shall remain in effect.

Respectfully submitted,

Dated: August 25, 2017        FORSLUND LAW LLC

By: */s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorneys for Plaintiff
[*As authorized by e-mail on August 25, 2017]

Dated: August 31, 2017        PHILLIP A. TALBERT
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

# ORDER

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff may file an Amended Complaint to appeal only the Commissioner's denial of Plaintiff's application for disability insurance benefits under Title II of the Social Security Act.

2. After Plaintiff files the Amended Complaint, Defendant shall withdraw her Motion to Dismiss (ECF No. 8).

3. Defendant shall file the administrative record and respond to the Amended Complaint within 90 days from the date of service of the Amended Complaint. All other deadlines in the Scheduling Order shall remain in effect.

Dated: August 31, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\brown0896.stip.am.comp.ord

Stipulation
2:17-cv-00896-DB