MCGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CARL EDWARD BROWN, | No. 2:17-cv-00896-DB |
| Plaintiff, | **STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between plaintiff Carl Edward Brown (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

     The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. On remand, the Appeals Council will instruct the ALJ to further consider the

Stipulation & PO
2:17-cv-00896-DB

medical evidence, to reassess the Plaintiff's residual functional capacity as appropriate, and to reconsider, with the assistance of a vocational expert, whether the Plaintiff has acquired work skills from past relevant work that are transferrable to other jobs in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 15, 2018   FORSLUND LAW LLC

By: */s/ Jacqueline A. Forslund\**
JACQUELINE A. FORSLUND
Attorneys for Plaintiff
[*As authorized by e-mail on Feb. 14, 2018]

Dated: February 19, 2018   MCGREGOR W. SCOTT
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.[1]

Dated: February 19, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\brown0896.stip.remand.ord

---

[1] Accordingly, the Clerk of the Court shall close this case.

Stipulation & PO
2:17-cv-00896-DB